**Order filed October 24, 2017.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00714-CV
_____

**OLGA NEMTSEVA, Appellant**

**V.**

**LEV VERNIK, Appellee**

---

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-05497**

---

## ORDER

This appeal is from an order signed June 13, 2017. The notice of appeal was filed August 14, 2017. It appears the notice of appeal is untimely but we are unable to make that determination because the clerk's record has not been filed. We received notice from the clerk's office that appellant has not made arrangements to pay for the clerk's record. Appellant filed an affidavit of inability to pay costs with the notice of appeal in the trial court. Prior to any determination of indigence, we must first determine our jurisdiction. Accordingly, we enter the following order.

The Harris County District Clerk is directed to file a clerk's record on or before November 23, 2017, containing (1) the court's order that is being appealed; (2) any request for findings of fact and conclusions of law, any post-judgment motion, and the court's order on the motion; and (3) the notice of appeal.


PER CURIAM